UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott L. Nokes,

Civ. File No. 00-2737 (PAM/JGL)

Plaintiff,

v.

**ORDER**

United States Coast Guard; The Honorable Rodney E. Slater, Secretary of Transportation, in his official capacity; Captain Warren G. Schneeweis, Director, Coast Guard Recruiting Center, in his official capacity; United States Attorney's Office, Minneapolis, Minnesota; and United States Attorney General, Washington, DC,

Defendants.

---

Plaintiff Scott Lee Nokes has filed a letter with this Court seeking permission, pursuant to Local Rule 7.1(g), to file a motion for reconsideration of this Court's Memorandum and Order of August 10, 2001 (Clerk Doc. No. 23), granting the Motion for Summary Judgment of Defendants and dismissing Nokes' Complaint without prejudice. The Rule provides that permission to file a motion to reconsider will be granted "only upon a showing of compelling circumstances." L.R. 7.1(g).

In his letter to the Court, Mr. Nokes contends that he has grave doubts as to his chances of obtaining a satisfactory resolution of his claims from the Coast Guard Board for Correction of Military Records ("BCMR"). He also expresses concern over the running of the statute of limitations. Finally, he points out that he would incur additional expenses in

FILED AUG 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

refiling his claim with the Court, assuming that he does not obtain a satisfactory resolution of his claims from the BCMR.

The Court takes note of Mr. Nokes' concerns. However, this Court fully considered these issues when it rendered its decision on August 10, 2001. Mr. Nokes recites no new or compelling circumstances that would merit reconsideration of the Order. Therefore, Mr. Nokes' request for permission to file a motion to reconsider is **DENIED**.

Dated: August 21, 2001

Paul A. Magnuson
United States District Court Judge